## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| |
|---|
| Reginald B. Colley Sr. |
| |
| |
| *(In the space above enter the full name(s) of the plaintiff(s).)* |
| **-against-** |
| Steve Hemingway |
| Septa |
| |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* |

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ■ Yes   ☐ No
*(check one)*

2

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Reginald B. Colley Sr |
| Street Address | 151Pearl st |
| City and County | Trenton, Mercer |
| State and Zip Code | NJ, 08609 |
| Telephone Number | (267) 987-4409 |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Septa |
| Job or Title (if known) | |
| Street Address | 1234 Market St |
| City and County | Philadelphia |
| State and Zip Code | PA, 08608 |
| Telephone Number | (215)580-7800 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Steve Hemingway |
| Job or Title (if known) | Power Department Trainee Supervisor |
| Street Address | 4500 Germantown Ave |
| City and County | Philadelphia |

3

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____
(if known)

Defendant No. 3

      Name     _____

      Job or Title     _____
      (if known)

      Street Address     _____

      City and County     _____

      State and Zip Code     _____

      Telephone Number     _____

      E-mail Address     _____
      (if known)

Defendant No. 4

      Name     _____

      Job or Title     _____
      (if known)

      Street Address     _____

      City and County     _____

      State and Zip Code     _____

      Telephone Number     _____

      E-mail Address     _____
      (if known)

**C.**     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Power Department |
| Street Address | 4500 Germantown Ave. Wayne Junction Line Maintenance Bu |
| City and County | Philadelphia |
| State and Zip Code | PA 19144 |
| Telephone Number | (215) 580-6725 |

4

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

4-18-19 and 4-19-19
_____

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☑ age.  My year of birth is 1972 _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.  The facts of my case are as follows.  Attach additional pages if needed.

I was explaining to Mr. Hemingway that for safety I had to look out of my passenger window before driving off. After reaching our destionation safely and the other trainees had existed the vehicle. Mr. Hemingway told me to stay in the car because he wanted to speak with me. During the reprimand I was still trying to explain that even though he could see out of the window and was telling me that I didn't have to look out of the window and to just drive. Mr. Hemingway shook his head and said this is why I don't like to hire people your age. I was fired the next day.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☑  issued a Notice of Right to Sue letter, which I received on *(date)* 2/14/20

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑  60 days or more have elapsed.

☐  less than 60 days have elapsed.

7

## V.       Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I appealed the charge of misconduct with the unemployment Appeal Tribural and it was found that I wasn't fired for misconduct. I was hazed and called the name of an employee who was fired from day one of employment. After writing a letter to the General Manager of Septa advising of my intent to sue because I had been placed on the do not rehire list. This is after being wrongly terminated and passing a test for a higher paying position. The CLR Officer wrote me back advising I had difficulties during training and that Septa had a right to not rehire me. I request 50 thousand in compensatory and 100k in punitive damages.

## VI.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.       For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/11          , 20 20.

Signature of Plaintiff        _Reginald B Colley Sr._

Printed Name of Plaintiff     Reginald B. Colley Sr.

8